CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

**Plaintiff:** Princess-Maria Spencer

**v.**

**Defendant:** 31 Cases

**CASE NO:**
1:25-CV-00011   1:25-CV-00009
1:25-CV-00012   1:25-CV-00010
1:25-CV-00013   1:25-CV-00012
1:25-CV-00014   1:25-CV-00012
1:25-CV-00095   1:25-CV-00122
1:25-CV-00097   1:25-CV-00123
1:25-CV-00098   1:25-CV-00013
                1:25-CV-00132

1:24-CV-02387

## CHANGE OF MAILING ADDRESS

1:25-CV-00446
1:25-CV-00426
1:25-CV-00424
1:25-CV-00442
1:25-CV-00443
1:25-CV-00445
1:25-CV-00490
1:25-CV-00491
1:25-CV-00492
1:25-CV-00493
1:25-CV-00494
1:25-CV-00495
1:25-CV-00523
1:25-CV-00524
1:25-CV-00526
1:25-CV-00528
1:25-CV-00569
1:25-CV-00269
1:25-CV-00270
1:25-CV-00148

1. This change of mailing address is requested by: ☒ Plaintiff  ☐ Defendant

2. **Old Address:**
   Name(s): Princess Maria Spencer
   Mailing Address: 6010 Georgia Ave NW
   City, State, Zip Code: Washington, DC 20011
   PMS Memphis, TN

3. **New Address:**
   Name(s): Princess-Maria Spencer
   Mailing Address: 1740 West Belmont Circle
   City, State, Zip Code: Memphis, TN 38108
   Telephone Number(s): 901-801-2720

Date: 04/17/2025

Requestor's printed name(s): Princess-Maria Spencer

Requestor's signature(s): Maria Princess Spencer

**RECEIVED**
APR 17 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

New: 06/21/2022